**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, | No. 10-17916 |
| Petitioner - Appellant, | D.C. No. 4:10-cv-00957-SBA |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Saundra B. Armstrong, District Judge, Presiding

Submitted December 19, 2011[**]

Before:   GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Federal prisoner Timothy Doyle Young appeals pro se from the district

court's order dismissing his petition for writ of habeas corpus under 28 U.S.C.

§ 2241(c)(3).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

The district court did not abuse its discretion by dismissing the action because Young failed to pay the filing fee and failed to comply with the deadline set by the district court for remedying the deficiencies in his in forma pauperis application. *See* 28 U.S.C. § 1915(a)(2); *Page v. Torrey*, 201 F.3d 1136, 1139 (9th Cir. 2000) ("[P]risoner-plaintiffs seeking to proceed in forma pauperis [must] submit a certified copy of their prisoner trust fund account statement for the previous six months."); *James v. Madison Street Jail*, 122 F.3d 27, 28 (9th Cir. 1997) ("[T]he rule for timely filing applicable to pro se prisoners . . . applies to the filing of trust-account statements as required by § 1915(a)(2).").

**AFFIRMED.**